437 P.2d 165

Isidro J. ROMERO, Petitioner,

v.

William TILTON, Respondent.

No. 8576.

Supreme Court of New Mexico.

Jan. 31, 1968.

CHAVEZ, Chief Justice, and MOISE, COMPTON and CARMODY, Justices, concurring; NOBLE, Justice, being absent and not participating;

Ordered that Petition for Writ of Certiorari be and the same is hereby denied pursuant to Supreme Court Rule 29(7), Rules of Procedure.

Further ordered that the record in Court of Appeals, 437 P.2d 157 be and the same is hereby returned to the Clerk of the Court of Appeals.

437 P.2d 165

Harold V. GARDENSWARTZ and Carl L. Wheeler, d/b/a H. Cook Sporting Goods Company, and Kenneth Regan, Williams-Howe Hardware Store, United States Fidelity and Guaranty Company, Petitioners,

v.

The Honorable Edwin L. SWOPE, Judge of the District Court of the Second Judicial District of the State of New Mexico, Respondent.

No. 8577.

Supreme Court of New Mexico.

Feb. 7, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on January 2, 1968, be and the same is hereby made permanent.

437 P.2d 165

The STATE of New Mexico ex rel. Rudolph SCHNEIDER, Petitioner,

v.

The Honorable Paul TACKETT, District Judge, and the Second Judicial District of the State of New Mexico, in and for the County of Bernalillo, Respondent,

and

Paul G. Gibson and Grace Gibson, Real Party in Interest.

No. 8609.

Supreme Court of New Mexico.

Feb. 16, 1968.

NOBLE, MOISE and COMPTON, Justices, concurring; CHAVEZ, Chief Justice, having recused himself and CARMODY, Justice, being absent and not participating.

Ordered that the petition for writ of prohibition be and the same is hereby denied.